LOUIS CASINO, Respondent, v. WILLIAM R. LAWSON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

OLIVER J. WELLS, Appellant, v. SOUTHERN RAILWAY COMPANY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HARRY BRESLOW and Another, Copartners, Trading as EMPIRE TEXTILE MILLS, Respondents, v. HARRY ALTMAN and Another, Trading as ALTMAN & GRODIN, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO NICOTRI, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MYRON SULZBERGER, Respondent, v. KEARIN F. CARROLL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUSTA NASTAPLE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ALBERT REISS, Respondent, v. THE MUSICAL AMERICA COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and at Special Term, and in default thereof judgment directed for plaintiff, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

PULLCLEAN TOWEL SUPPLY COMPANY, INC., Appellant, v. PULLCLEAN TOWEL CABINET COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS BLASER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MEXICAN TELEGRAPH COMPANY, Appellant, v. STATE TAX COMMISSION, Respondent. THE CITY OF NEW YORK, Intervenor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CHARLOTTE PERLER, an Infant, by JACOB PERLER, Her Guardian ad Litem, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.